UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM MUNCH,

    Plaintiff,

v.                                     CASE NO. 8:13-CV-1179-T-17EAJ

CREDIT PROTECTION
ASSOCIATION, LP, et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 63    Report and Recommendation

Plaintiff William Munch has moved for the award of supplemental costs (Dkt. 62).

In the Report and Recommendation, the assigned Magistrate Judge recommends that Plaintiff's Motion be denied.

No objections to the Report and Recommendation have been filed. The Court has independently reviewed the pleadings and the record.   After consideration, the Court adopts the Report and Recommendation, which is incorporated by reference. Accordingly, it is

ORDERED that the Report and Recommendation ( Dkt. 63) is **adopted** and incorporated. Plaintiff's Motion for Supplemental Costs (Dkt. 62) is **denied**.

Case No. 8:13-CV-1179-T-17EAJ

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of March, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record